

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, by and through her Co-Attorneys-in-Fact, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa; Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust; Alexander Residential Development, L.P.; Alexander Commercial Development, L.P.; Alexander Retail Development, L.P.; D & J Alexander Construction, L.P.; D & J Alexander Management, L.P.; Delfina E. and Josefina Alexander LLC-1; and Delfina and Josefina Alexander Family Limited Partnership, Appellants

v.

Raymond S. **DE LEON** II, Trustee of the Delfina and Josefina Alexander Family Trust, and Rocio Gonzalez Guerra, Individually and as Next Friend of V.G.G. III and M.A.G., Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, trial court's order granting the plea to the jurisdiction is AFFIRMED, but the trial court's order granting the plea in abatement is VACATED.

We order that appellees, Raymond S. De Leon II, Trustee of the Delfina and Josefina Alexander Family Trust, and Rocio Gonzalez Guerra, Individually and as Next Friend of V.G.G. III and M.A.G., recover their costs of this appeal, if any, from appellants Josefina Alexander Gonzalez, by and through her Co-Attorneys-in-Fact, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa; Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust; Alexander Residential Development, L.P.; Alexander Commercial Development, L.P.; Alexander Retail Development, L.P.; D & J Alexander

Construction, L.P.; D & J Alexander Management, L.P.; Delfina E. and Josefina Alexander LLC-1; and Delfina and Josefina Alexander Family Limited Partnership.

SIGNED August 26, 2015.

_____
Marialyn Barnard, Justice